UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VALERIE JOHNSON, et al.,<br><br>    Plaintiff,<br><br>vs.<br><br>DONNA C. HALEY, M.D., P.C., et al.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:12-cv-1450-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendants' Motion for Summary Judgment [Doc. 70], and the court having granted said motion with respect to all of Plaintiff Amy Cartledge's claims [Doc. 84], it is

**Ordered and Adjudged** that judgment is entered in favor of the Defendants against Plaintiff Amy Cartledge.

Dated at Atlanta, Georgia, this 5th day of March, 2014.

                              JAMES N. HATTEN
                              CLERK OF COURT

                      By:  s/D.Richardson
                              Deputy Clerk