# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VALERIE JOHNSON ) <br> and AMY CARTLEDGE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONNA C. HALEY, M.D., P.C., ) <br> and DONNA C. HALEY, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION <br> FILE NO. 1:12-cv-01450-TWT |

## **MOTION FOR SETTLEMENT APPROVAL**

Plaintiffs Valerie Johnson and Amy Cartledge ("Plaintiffs"), by and through their counsel, and with the Defendants' consent, hereby submit the Parties' mutually agreed upon General Release and Settlement Agreement for this Court's approval. (*See* Attachment A.)

Respectfully submitted this 24nd day of March, 2014.

[SIGNATURES FOLLOW]

                THE BUCKLEY LAW FIRM, LLC

By: */s/ Paul Chichester IV*
      Paul Chichester IV
      Georgia Bar No. 189958
      pchichester@buckleylawatl.com
      Edward D. Buckley
      Georgia Bar No. 092750
      edbuckley@buckleylawatl.com

Promenade, Suite 900
1230 Peachtree Street NE
Atlanta, Georgia 30309
T: 404-781-1100
F:  404-781-1101

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2014, I electronically filed **Plaintiff's Motion for Settlement Approval** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Regina Molden
Bradley Wilson

                                      BUCKLEY & KLEIN, LLP

                    By:   /s/ *Paul Chichester IV*
                               Georgia Bar No. 189958
                               pchichester@buckleylawatl.com

                               Counsel for Plaintiffs